IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY PATTERSON, #104005, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CASE NO.  2:13-cv-556-TMH |
| | )       [wo] |
| GARY HETZEL, | ) |
| | ) |
|    Defendants. | ) |

**OPINION and ORDER**

On August 20, 1013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 3).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby transferred to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

Done, this 30th day of September 2013.

       /s/ Truman M. Hobbs
    TRUMAN M. HOBBS
    SENIOR UNITED STATES DISTRICT JUDGE